# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTHONY STEPHENS,**
**Alien # A94-808-317,**

    **Petitioner,**

vs.                              **Case No. 4:07cv432-MP/WCS**

**MICHAEL B. MUKASEY,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY, and the**
**U.S. DEPARTMENT OF**
**HOMELAND SECURITY,**

    **Respondents.**

    _____/

## REPORT AND RECOMMENDATION

This case was initiated on October 10, 2007, when the *pro se* Petitioner submitted his petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. Service was directed and Respondents filed a response to the § 2241 petition on January 2, 2008. Doc. 10. Despite being advised in the service order that Petitioner should file a file to the answer, nothing was filed by Petitioner. When Petitioner was provided another opportunity to file a reply, *see* doc. 11, that court order was returned to the court as undeliverable. Doc. 12. On March 11, 2008, an order was entered directing Respondents to notify the Court whether Petitioner had been released. Doc.

13. Respondents filed a reply on March 13, 2008, advising that Petitioner was released from detention on February 12, 2008.  Doc. 14; *see* exhibit 1, doc. 14.  Again, the copy of the March 11th court order sent to Petitioner was returned to the court as undeliverable.  Doc. 15.

The courts orders returned to this court demonstrate that Petitioner has not fulfilled his obligation to keep the Court informed of his whereabouts.  Petitioner's failure to do so indicates Petitioner has abandoned this litigation.  Moreover, Respondents have shown that Petitioner was released from custody.  Doc. 14.  Accordingly, this case is moot as Petitioner has received the relief he sought.

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 20, 2008.

            s/     William C. Sherrill, Jr.
     **WILLIAM C. SHERRILL, JR.**
     **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:07cv432-MMP/WCS