IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY STEPHENS,

    Petitioner,

v.                                         CASE NO. 4:07-cv-00432-MP-WCS

MICHAEL CHERTOFF,
DEPARTMENT OF HOMELAND SECURITY,
DAVID HARVEY,
MICHAEL B MUKASEY,
MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that this petition for writ of habeas corpus be dismissed as moot and for failure to keep the Court apprised of his address. The Report and Recommendation was returned undelivered and Mr. Stephens has not provided the Court with an updated address. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This matter is dismissed as moot because petitioner has been released from custody.

    **DONE AND ORDERED** this _22nd_ day of October, 2008

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge